UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY MOLINARI,

                        Plaintiff,                        JUDGMENT
      v.                                                    24-CV-02594 (HG)

COSTCO CAPITAL INC., COSTCO
COMPANIES INC., and COSTCO
WHOLESALE CORPORATION,

                        Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on April 17, 2025, dismissing Plaintiff's SAC, *See* ECF No. 25; dismissing Plaintiff's constructive discharge and retaliation claims with prejudice under Rule 12(b)(6); and dismissing his wage and unemployment theft claim without prejudice under Rule 12(h)(3); it is

       ORDERED and ADJUDGED that Plaintiff's SAC is dismissed, *See* ECF No. 25; that Plaintiff's constructive discharge and retaliation claims are dismissed with prejudice under Rule 12(b)(6); and that his wage and unemployment theft claim is dismissed without prejudice under Rule 12(h)(3).

Dated: Brooklyn, New York                                         Brenna B. Mahoney
       April 21, 2025                                                Clerk of Court

                                                     By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk